**Opinion issued February 13, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00007-CV

———————————

## IN RE CYNTHIA BUSBY, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Cynthia Busby, proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court grant relator's petition for writ of mandamus and "vacate and expunge" the October 16, 2023 orders signed by the presiding judge of the administrative judicial district denying relator's motion to recuse the Honorable Beau A. Miller and issuing sanctions against relator. Relator also requests that this Court "vacate and expunge" the trial court's December 11, 2023

order granting summary judgment in favor of real party in interest, PS LPT Properties Investors, doing business as Public Storage.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

---

[1] The underlying case is *Cynthia Busby v. PS LPT Properties Investors, d/b/a Public Storage*, Cause No. 2023-17949 in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.